**FILED**

**JUDGMENT ENTERED**

(date) 5/24/04

by _____

**Deputy Clerk**

**U.S. District Court**
**Eastern District of California**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

AMY SCOTT,

        Plaintiff,

vs.

CITY OF CLOVIS,

        Defendant.

_____/

**JUDGMENT IN A CIVIL ACTION**

CV-F-03-5305 LJO

DECISION BY COURT: This action came for decision by the Court and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant City of Clovis' motion for summary judgment against plaintiff Amy Scott is GRANTED. Judgment is entered in favor of defendant City of Clovis and against plaintiff Amy Scott.

DATED: 5/24/04

                    JACK L. WAGNER, Clerk

                By: _____

                    Deputy Clerk



United States District Court
for the
Eastern District of California
May 24, 2004


* * CERTIFICATE OF SERVICE * *
Entry on Civil Docket


1:03-cv-05305


Scott

     v.

City of Clovis

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on May 24, 2004,  I SERVED and ENTERED on the civil docket a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the office of the Clerk, or, pursuant to prior authorization by counsel, via facsimile.

                    LJO

     Richard Gerard Cenci
     Law Offices of Richard G Cenci
     7461 North First Street
     Suite 104
     Fresno, CA  93720

     James Darvin Weakley
     The Law Firm of Weakley Ratliff Arendt and McGuire LLP
     1630 East Shaw Avenue
     Suite 176
     Fresno, CA  93710

     Leslie Monson Dillahunty
     Weakley Ratliff Arendt and McGuire LLP
     1630 E Shaw Ave
     Suite 176
     Fresno, CA  93710

     James Darvin Weakley
     Weakley Ratliff Arendt and McGuire LLP
     1630 E Shaw Ave
     Suite 176
     Fresno, CA  93710